No. 96–5751. BOND v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–5752. HOBBS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–5753. ELLIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5754. LEE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5755. KENDRICKS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5764. SLATER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5767. TSOSIE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5768. WOODSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5771. GRIFFITH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–5772. DIAZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5774. CAVES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–5776. CLARK v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–5785. MATHIEU v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5786. LOMAYAOMA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5787. JORDAN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–5793. WILLIS ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.